AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-12433**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **G&S Tile Pros, Inc.**
was received by me on **10/26/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Mr. Luis Garcia**, who is designated by law to accept service of process on behalf of **G&S Tile Pros, Inc.** at **24527 Sand Creek Ct, Plainfield, IL 60586-4007** on **10/28/2026 at 4:52 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 88.00** for services, for a total of **$ 88.00**.

I declare under penalty of perjury that this information is true.

Date: 10/28/2026

*Server's signature*

**Abolanle Olusanya**
*Printed name and title*

**10 South Riverside Plaza**
**Suite 875**
**Chicago, IL 60606**
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS, to Mr. Luis Garcia, Registered Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic male contact 45-55 years of age, 5'4"-5'6" tall and weighing 180-200 lbs with an accent and a beard.**

Tracking #: **0248652391**