**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chicago Tile Institute Welfare Plan, et al.
Plaintiff,
v.
Case No.: 1:26−cv−12433
Honorable Lindsay C. Jenkins
GS Tile Pros, Inc.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 12, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins: The November 17, 2026, initial status hearing is stricken. According to the status report, Defendant intends to file an answer and the parties report that they will consent to proceed before Judge Fuentes. An executed joint consent form should be filed by no later than November 18, 2026. If no consent form is filed by that date, then the court will impose a fact discovery schedule so that fact discovery can begin. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.