**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chicago Tile Institute Welfare Plan, et al.
Plaintiff,
v.
Case No.: 1:26−cv−12433
Honorable Lindsay C. Jenkins
GS Tile Pros, Inc.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 19, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins: The parties have consented to proceed before Magistrate Judge Fuentes [11]. This case will be forwarded to the Executive Committee for reassignment to Magistrate Judge Fuentes for further proceedings. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.