**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chicago Tile Institute Welfare Plan, et al.
Plaintiff,
v.
Case No.: 1:26−cv−12433
Honorable Gabriel A. Fuentes
GS Tile Pros, Inc.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 19, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins: CONSENT REASSIGNMENT of case to the Honorable Gabriel Fuentes, pursuant to Local Rule 73.1(C) for all further proceedings, parties having consented to the reassignment. Mailed notice (rp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.