**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chicago Tile Institute Welfare Plan, et al.
Plaintiff,
v.
GS Tile Pros, Inc.
Defendant.

Case No.: 1:26−cv−12433
Honorable Gabriel A. Fuentes

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 23, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: This matter coming before the magistrate judge for all purposes on consent reassignment (doc. #[14]), the Court will forego an initial status hearing and set the discovery schedule as requested (doc. #[9]) and modified as follows Rule 26(a)(1) disclosures served no later than 12/11/26, written discovery may begin 12/11/26, pleadings amended no later than 3/5/27; fact discovery is cutoff is 4/30/27; expert discovery deferred except by motion; and dispositive motions due 7/23/27. In the meantime, the parties are counseled to complete the audit−related discovery they may need to inform settlement. The parties further are directed to review the Court's Standing Order for Civil Cases Before Magistrate Judge Fuentes and its advisory appendix, both available on the Court's website. The next joint status report on discovery progress and settlement status is due at noon on 2/19/27. If at any time the parties are mutually interested in a settlement conference with a magistrate judge, they may contact the courtroom deputy, Jannette Nunez, at 312−818−6514. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.